UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-9411-R (SP) | Date | August 31, 2016 |
|---|---|---|---|
| Title | JOHN CALMA v. CAROLYN W. COLVIN | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| n/a | | n/a |

**Proceedings:**   **(In Chambers) Order to Show Cause Why Sanctions Should Not Be Imposed for Defendant's Failure to Comply with Court Order**

On December 18, 2015, the court issued its Case Management Order requiring defendant to file an Answer no later than 120 days from the date of service of the complaint. Although the proof of service filed by plaintiff contains some discrepancies (i.e., no attached certified mail receipts as stated, a reference to a June 23, 2015 service date), it nonetheless appears defendant was served by April 25, 2016. If so, the time for defendant to file an Answer has now passed, and the court has received no Answer or any other communication from defendant. Defendant may therefore be in violation of the court's order.

As such, defendant is again ordered to file its Answer. In addition, defendant is ordered to show cause by **September 14, 2016** why sanctions should not be imposed for failure to comply with the court order. This Order to Show Cause will be automatically discharged if defendant files an Answer, or seeks an extension of time to do so, on or before September 14, 2016.