# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CALMA, | Case No. CV 15-9411-SP |
|         Plaintiff, | |
|      v. | **JUDGMENT** |
| NANCY A. BERRYHILL, Deputy Commissioner for Operations, | |
|         Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: July 9, 2018

SHERI PYM
United States Magistrate Judge