UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOHN CALMA, | ) Case No. 2:15-cv-09411-SP |
| Plaintiff, | ) **ORDER AWARDING EQUAL** |
| | ) **ACCESS TO JUSTICE ACT** |
| v. | ) **ATTORNEY FEES AND** |
| | ) **EXPENSES, PURSUANT TO 28** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) **U.S.C. § 2412(d), AND COSTS** |
| | ) **PURSUANT TO 28 U.S.C. § 1920** |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SIX THOUSAND FIVE HUNDRED DOLLARS ($6,500.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATED: October 1, 2018

HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

1